No. 93–9714.  SABETTI *v.* DIPAOLO.  C. A. 1st Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–9780.  DUPONT *v.* DUBOISE, WARDEN, ET AL.  C. A. 1st Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–39.  STERN ET AL. *v.* GENERAL ELECTRIC CO. ET AL. C. A. 2d Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–58.  GENERAL ELECTRIC CAPITAL CORP. ET AL. *v.* NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA.  C. A. 5th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–94.  WOODSON CONSTRUCTION CO. *v.* AMOCO PIPELINE CO.  C. A. 5th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–5122.  ENO *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT.  C. A. 1st Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–1810.  FRANCIS *v.* AMERICAN TELEPHONE & TELEGRAPH CO.  C. A. 4th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–1912.  RIDGEWAY ET AL. *v.* PFIZER, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.